UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Construction Innovations LLC ,<br><br>Plaintiff,<br><br>v.<br><br>Power Manufacturing, LLC ,<br><br>Defendant. | Case No.  2:24-cv-01923-DAD-AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Power Manufacturing, LLC in the amount of $500,813.00

March 06, 2025

KEITH HOLLAND, CLERK

By: /s/  A. Woodson,
Deputy Clerk